EL PUEBLO, DEMANDANTE Y APELADO, *v.* RIBERA, ACUSADO
Y APELANTE.

APELACIÓN procedente de la Corte de Distrito de Ponce en causa por infracción a la Ley de Arbitrios.

No. 2066.—Resuelto en junio 19, 1923.

INSCRIPCIÓN DE ALAMBIQUES—PRUEBA DE LA EXISTENCIA DEL ALAMBIQUE.—No necesita un testigo ser perito para poder declarar acerca de la existencia de un alambique. *El Pueblo* v. *Negrón,* 29 D. P. R. 66.

ID.—ID.—TESTIGOS OCULARES.—La existencia de un alambique puede probarse por testigos oculares. No es necesario presentar el alambique en evidencia.

Los hechos están expresados en la opinión.

Abogados del apelante: *Sres. Martínez Nadal, Tormes & Colón.*

Abogado del apelado: *Sr. José E. Figueras, Fiscal.*

EL JUEZ ASOCIADO SR. WOLF, emitió la opinión del tribunal.

Los dos primeros señalamientos de error se refieren a la admisión de prueba, porque durante la celebración del juicio de una causa por estar el acusado en posesión de un alambique sin tener licencia, se permitió declarar a dos policías sobre la existencia del alambique. También se opuso el apelante por el fundamento de que los policías no eran peritos. Los policías declararon con respecto a lo que habían visto y que parecía ser un alambique. Hasta tanto no estemos convencidos de lo contrario nos sentimos obligados a resolver que no necesita un testigo ser perito para poder declarar acerca de la existencia de un alambique. *El Pueblo* v. *Negrón,* 29 D. P. R. 55, caso en el cual el alambique fué presentado a la corte.

El apelante en su tercer señalamiento de error se queja de la apreciación de la prueba, pero en la discusión del error se limita a la omisión por parte del Gobierno en traer el alambique ante la corte. Sin embargo, los testigos pueden generalmente declarar sobre la existencia de un objeto físico y el apelante no nos convence de que su caso es una excepción.

Sostiene el apelante como cuarto señalamiento de error que él debió haber sido procesado, si acaso, por virtud de la Ley Volstead. Esta es una cuestión que hemos resuelto en sentido adverso al apelante en el caso de *El Pueblo* v. *Rosaly,* 28 D. P. R. 474, y en otros.

Debe confirmarse la sentencia apelada.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente del Toro y Asociados Aldrey, Hutchison y Franco Soto.